# MIAMI BEACH FEDERAL CREDIT UNION v FRISHMAN

## Case No. 86-036 AP (County Court Case No. 85-5332CC26)

Eleventh Judicial Circuit, Appellate Division, Dade County

November 2, 1987

### APPEARANCES OF COUNSEL

**John A. Ritter** for appellant.

**Leonard Frishman,** pro se.

Before TENDRICH, FEDER, SHAPIRO, JJ.

### OPINION OF THE COURT

PER CURIAM.

This is an appeal from a Summary Final Judgment entered by the lower Court. A Motion for Rehearing of this Court's original opinion filed on November 3, 1986, was granted.

The sole issue for consideration is whether the trial court erred in entering Summary Final Judgment.

The Court file reflects that the affidavit in opposition to the motion for Summary Judgment was filed on November 6, 1985, the day after

the Court entered its Order. At the time of hearing, the Affidavit was not contained within the pleadings or file and not considered by the Court. Accordingly, the trial court was justified in granting Plaintiff's Motion. The Summary Final Judgment is affirmed.